UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASON MCGUIRE,

        Plaintiff,

v.                                                           Case Number: 06-15356

MORTGAGE ELECTRONIC                       JUDGE PAUL D. BORMAN
REGISTRATION SYSTEM, COUNTRYWIDE       UNITED STATES DISTRICT COURT
HOME LOANS, INC., DAVID SAMBOL,
JENNIFER S. SANDFUR, and SUSAN E.
BOW,

        Defendants.
_____ /

## ORDER DENYING PLAINTIFF'S PRO SE EMERGENCY EX PARTE MOTION FOR A TEMPORARY RESTRAINING ORDER

      Now before the Court is Plaintiff's Pro Se Emergency Ex Parte Motion for a Temporary Restraining Order. There is currently a case between the parties pending in Michigan's 37th District Court in Warren, Michigan, in which Defendants are attempting to remove Plaintiff from the premises. As such, the Court finds that 37th District Court is the proper venue for Plaintiff's legal arguments. The Court must abstain. Accordingly, the DENIES Plaintiff's Emergency Ex Parte Motion for a Temporary Restraining Order.

SO ORDERED.

                                                         s/Paul D. Borman
                                                         PAUL D. BORMAN
                                                         UNITED STATES DISTRICT JUDGE

Dated: May 8, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on May 8, 2007.

                                              s/Denise Goodine
                                              Case Manager