# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JASON MCGUIRE,

        Plaintiff,

-vs-

COUNTRYWIDE HOME
LOANS, INC., et al.,

        Defendant.
_____/

CASE NO. 06-CV-15356

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

MONA K. MAJZOUB
UNITED STATES MAGISTRATE JUDGE

## ORDER
## (1) ACCEPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; AND (2) DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Before the Court is the Magistrate Judge's May 14, 2007 Report and Recommendation denying Plaintiff's Motion for Preliminary Injunction. Neither party has filed timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich. L. R. 72.1(d). Having reviewed the Magistrate Judge's conclusions of fact and discussion of law, the Court hereby:

(1)     **ACCEPTS** the Magistrate Judge's Report and Recommendation (Doc. No. 24); and

(2)     **DENIES** Plaintiff's Motion for Preliminary Injunction (Doc. Nos. 7, 11).

**SO ORDERED.**

                              s/Paul D. Borman
                              PAUL D. BORMAN
                              UNITED STATES DISTRICT JUDGE

Dated: June 11, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on June 11, 2007.

                                              s/Denise Goodine
                                              Case Manager