```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MICHIGAN
                         SOUTHERN DIVISION
```

JASON MCGUIRE,

    Plaintiff,

v.                                                           No. 06-15356

COUNTRYWIDE HOME LOANS
INC., et al.,                                HON. PAUL D. BORMAN

    Defendant.

_____/

## **JUDGMENT**

    This action came before the Court, Honorable Paul D. Borman, District Judge, presiding, and the issues having been duly considered and a decision having been duly rendered,

    **IT IS ORDERED** and ADJUDGED:

(1)    **ADOPTS IN PART** the Magistrate Judge's June 12, 2007 and August 1, 2007 Reports and Recommendations;

(2)    **DENIES** Plaintiff's Motion for Default Judgment (Doc. No. 18);

(3)    **DISMISSES** all Defendants for insufficient service of process; and

(4)    **GRANTS IN PART** Defendants motion to dismiss as to Sambol, Sandfur, and Bow for failure to state a claim upon which relief can be granted (Doc. No. 25).

    **IT IS FURTHER ORDERED** that the case is **DISMISSED.**

                                                              DAVID WEAVER, CLERK

                                                              s/Denise Goodine
Dated 11/30/07                                            Denise Goodine, Deputy Clerk